# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESSICA J. CACCAVALE,**
Appellant,

v.

**THE TOWN OF SOUTHWEST RANCHES, BROWARD COUNTY FLORIDA,** a municipal corporation,
Appellee.

No. 4D17-800

[November 15, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 16-13783 (03).

Mark F. Booth of Rogers, Morris & Ziegler, LLP, Fort Lauderdale, for appellant.

Keith M. Poliakoff and Richard J. Dewitt of Arnstein & Lehr, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Pangilinan v. Broward Cty.*, 914 So. 2d 1094 (Fla. 4th DCA 2005).

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*